**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ANITA RINGOLD                                                                                           PLAINTIFF

v.                                             No. 4:06CV01102 JLH

DILLARD'S, INC.; DILLARD DEPARTMENT
STORES, INC.; W.D. COMPANY, INC.; and
DILLARD STORE SERVICES, INC.                                                        DEFENDANTS

## ORDER

Defendants' motions to quash the notices of deposition of Brant Musgrave and Fran Rucker and for protective orders are hereby denied as moot.  Documents #32 and #33.

IT IS SO ORDERED this 5th day of December, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE